

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**TERRY NAFISI**
District Court Executive and
Clerk of Court

March 27, 2012

Superior Court of California
700 Civic Center Drive
Santa Ana, CA 92701
Central Justice Center

Re:  Case Number: 8:12-cv-00130-JST-JPR

Previously Superior Court Case No. 30-02011-00529546

Case Name: Niko Black v. National Mortgage Network et al

Dear Sir / Madam:

Pursuant to this Court's ORDER OF REMAND issued on March 26, 2012, the above-referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to our office. Thank you for your cooperation.

Respectfully,

Clerk, U. S. District Court

By: Trina DeBose
Deputy Clerk

☐ Western   ☐ Eastern   ☒ Southern Division

cc: *Counsel of record*

---

Receipt is acknowledged of the documents described herein.

4-2-12
Date

Clerk, Superior Court
By: _Manla_
Deputy Clerk

CV - 103 (09/08)   LETTER OF TRANSMITTAL - REMAND TO SUPERIOR COURT (CIVIL)